**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

REGINALD C. HAMPTON, :
:
    Plaintiff, : 1:07-CV-156 (WLS)
:
v. :
:
JIMMY MILLER, et al., :
:
    Defendants. :
:

## ORDER

Before the Court are two Reports and Recommendations from United States Magistrate Judge G. Mallon Faircloth, filed on April 21, 2008. (Docs. 49, 50). It is recommended that the Motion for Summary Judgment filed by Defendants Miller, McCoy and Screen (Doc. 21) be granted and that the Second Motion for Summary Judgment (Doc. 43) filed by those same Defendants be denied as moot. (Doc. 49). It is also recommended that the Motion for Summary Judgment filed by Defendants Dr. Wilton Reynolds and Nurse Dawn Miller (Doc. 31) be granted. (Doc. 50).

    Upon full review and consideration upon the record, the Court finds that the Reports and Recommendations (Docs. 49, 50) should be, and hereby are, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Motion for Summary Judgment filed by Defendants Miller, McCoy and Screen (Doc. 21) is **GRANTED**; the Second Motion for Summary Judgment (Doc. 43) filed by Defendants Miller, McCoy and Screen is **DENIED as MOOT**; and the Motion for Summary Judgment filed by Defendants Dr. Wilton Reynolds and Nurse Dawn Miller is **GRANTED**.

    **SO ORDERED**, this __17th__ day of June, 2008.

                                                                         /s/W. Louis Sands
                                                         **THE HONORABLE W. LOUIS SANDS,**
                                                         **UNITED STATES DISTRICT COURT**